UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MARCIE ROMANI,

      Plaintiff,

  -against-

BARCLAYS BANK DELAWARE, and
EXPERIAN INFORMATION SOLUTIONS, INC,

      Defendants.

------------------------------------x

ORDER

20 Civ. 7229 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 10 2021

GEORGE B. DANIELS, United States District Judge:

  This Court having been advised that Plaintiff and Defendant Experian Information Solutions, Inc. have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

  All conferences previously scheduled are adjourned *sine die*.

Dated: March 10, 2021
   New York, New York

                SO ORDERED.

                *George B. Daniels*
                GEORGE B. DANIELS
                United States District Judge