USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 18 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marcie Romani,<br><br>　　　　　Plaintiff,<br><br>– against–<br><br>Barclays Bank Delaware, and Experian Information Solutions, Inc.,<br><br>　　　　　Defendant(s). | Case No. 1:20-cv-07229<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Marcie Romani, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Marcie Romani against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Marcie Romani and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: MAY 18 2021

George B. Daniels
JUDGE, United States District Court,
Southern District of New York